# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA JAMES SIMON

NO. 2023 KW 0612

**SEPTEMBER 20, 2023**

---

In Re:    Joshua James Simon, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 581591.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT